# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Shalonda Evans-Jones**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00612-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2017 Order.

January 31, 2017

*[signature]*

Frank G. Johns, Clerk
United States District Court